1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>EPIFANIO BARRAGAN ESTRADA,<br><br>       Defendant. | CASE NO. CR08-5125BHS<br><br>ORDER EXTENDING DEADLINE FOR PRETRIAL MOTIONS |

This matter comes before the Court on Defendant Epifanio Barragan Estrada's Motion to Extend Time for Filing Pretrial Motions (Dkt. 281). The United States does not oppose extending the time for Defendant Estrada. Based upon the motion and for good cause, the deadline for Defendant Estrada to file pretrial motions is hereby extended to September 18, 2008.

DATED this 8th day of September, 2008.

_____

BENJAMIN H. SETTLE

United States District Judge

ORDER - 1