# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EPIFANIO BARRAGAN ESTRADA, <br><br> Defendant. | CASE NO. CR08-5125BHS <br><br> ORDER GRANTING MOTION TO JOIN ALL CO-DEFENDANT PRETRIAL MOTIONS |

This matter comes before the Court on Defendant Epifanio Barragan Estrada's unopposed Motion to Join all co-Defendant Pretrial Motions (Dkt. 336). The Court grants the motion.

It is so **ORDERED.**

DATED this 29th day of September, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1