# UNTIED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-05125BHS-7 |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS |
| EPIFANIO BARRAGAN ESTRADA, | |
| Defendant. | |

This matter comes before the Court on Defendant EPIFANIO BARRAGAN ESTRADA'S unopposed Motion to Extend Time for Filing Pretrial Motions (Dkt. 334). The court having considered the submissions of the defendant, the court file, hereby orders:

The Defendant EPIFANIO BARRAGAN ESTRADA'S Motion to Extend Time for Filing Pretrial Motions is hereby GRANTED.

//
//
//
//
//
//
//
//

**ORDER RE:MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS**

- 1-

Defendant EPIFANIO BARRAGAN ESTRADA'S Pretrial Motions shall be filed no later than October 2, 2008.

DATED THIS 29th day of September, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
THE TREJO LAW FIRM

s/George Paul Trejo, Jr.
George Paul Trejo, Jr.
Attorney for Mr. Barragan Estrada

**ORDER RE:MOTION TO
EXTEND TIME FOR FILING
PRETRIAL MOTIONS**

- 2-