Judge Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE UNITED STATES of AMERICA, | |
| Plaintiff, | No. CR08-5125BHS |
| v. | |
| EPIFANIO BARRAGAN ESTRADA et al., | ORDER CONTINUING DUE DATE OF THE GOVERNMENT'S RESPONSES TO PRE-TRIAL MOTIONS OF EPIFANIO BARRAGAN ESTRADA |
| Defendants. | |

THIS MATTER comes before the Court on the motion by the United States of America to continue the due date of its responses to numerous pre-trial motions filed by the defendant EPIFANIO BARRAGAN ESTRADA since October 6, 2008. Having considered the entirety of the record and files herein, the basis for the request for continuance submitted by the government, the Court grants the request.

\\
\\
\\
\\
\\
\\

Order Continuing Government's Responses to Pre-Trial Motions/
United States v. Epifanio Barragan Estrada, CR08-5125BHS - Page 1

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-7970

IT IS NOW, THEREFORE, ORDERED that the government shall file a its responses to defendants's pre-trial motions by October 22, 2008. The motions are noted for November 3, 2008.

Dated this 15th day of October, 2008.

BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
(206) 553-2268, Fax: (206) 553-4440
E-mail: Ye-Ting.Woo@usdoj.gov
Washington State Bar #21208


s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
Washington State Bar #20075

Order Continuing Government's Responses to Pre-Trial Motions/
United States v. Epifanio Barragan Estrada, CR08-5125BHS - Page 2

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-7970