UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>EPIFANIO BARRAGAN-ESTRADA,<br><br>　　　　　　Defendant-Movant. | CASE NO. CR08-5125 BHS<br><br>ORDER DENYING MOTION FOR REDUCTION OF SENTENCE |

This matter comes before the Court on Defendant-Movant Epifanio Barragan-Estrada's ("Barragan-Estrada") Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Dkt. 728. The Court has reviewed the motion and the Government's response (Dkt. 733), and finds that because the sentence that Barragan-Estrada is serving is the applicable mandatory minimum sentence required by 21 U.S.C. § 841(b)(1)(A), and because it is below the amended range, Barragan-Estrada is ineligible for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and his motion should be denied. NOW, THEREFORE,

IT IS HEREBY ORDERED that Barragan-Estrada's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.

Dated this 24th day of February, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1